**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **MVP Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5496581** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3560 NW 56th Street** <br> **Fort Lauderdale, FL 33309** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.mvpgroupcorp.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **MVP Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor   **MVP Group, LLC**                                             Case number (*if known*) _____
         Name

List all cases. If more than 1,   Debtor _____   Relationship _____
attach a separate list            District _____ When _____   Case number, if known _____

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **MVP Group, LLC**                                                    Case number (*if known*)
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 29, 2025**
MM / DD / YYYY

**X** */s/ Michael Bromberg*                              **Michael Bromberg**
Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

**X** */s/ Michael D. Seese*                        Date  **August 29, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Michael D. Seese**
Printed name

**Seese, P.A.**
Firm name

**101 N.E. 3rd Avenue**
**Suite 1500**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone  **954-745-5897**        Email address  **mseese@seeselaw.com**

**997323 FL**
Bar number and State

## ACTION BY THE MANAGER
## AND MEMBERS OF MVP GROUP, LLC
## BY WRITTEN CONSENT IN LIEU OF A MEETING

**THE UNDERSIGNED, MICHAEL BROMBERG,** being the sole manager (the "Manager") of MVP GROUP, LLC, a Florida limited liability company (the "Company"), and the Members of the Company (collectively, the "Members"), take the following actions and adopt the following resolutions:

1)    **RESOLVED:** That, in the judgment of the Manager and Members, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court (the "Court") for the Southern District of Florida (the "Bankruptcy Proceeding"); and it is further

2)    **RESOLVED:** That, Michael Bromberg, as Manager, is hereby designated and authorized to act on behalf of the Company, and shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he deems necessary or proper in connection with the Bankruptcy Proceeding; and it is further

3)    **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to employ the law firm of Seese, P.A. and Michael D. Seese, Esq. as its attorneys in the Bankruptcy Proceeding under such terms and conditions as agreed to by the Manager and subject to approval of the Court; and it is further

4)    **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to retain any other professionals, including, without limitation, financial advisors, and accountants (collectively, "Other Professionals"), as may be necessary to represent or advise the Company in the Bankruptcy Proceeding. The selection of Other Professionals shall be determined, and under such terms and conditions as agreed to, by the Manager and subject to approval of the Court; and it is further

Effective this 29th day of August 2025.

MICHAEL BROMBERG, Manager

Michael Bromberg, Member

Manon Bromberg, Member

1

**Fill in this information to identify the case:**

Debtor name   **MVP Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* 
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration   **List of 20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 29, 2025**        X **/s/ Michael Bromberg**
                                          Signature of individual signing on behalf of debtor

                                          **Michael Bromberg**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MVP Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adler S.P.A. Sede: 24060 Costa di Mezzate Bergamo, Italy** | | **Supplier** | | | | **$59,395.44** |
| **Armstrong Transport Group PO Box 735227 Dallas, TX 75373-5227** | | **Freight Transportion** | | | | **$224,656.42** |
| **Arrival Air & Sea Transport 5375 Rue Pare Suite 140 Montreal, Canada H4P 1P7** | | **Freight Transportation** | | | | **$99,006.61** |
| **Bluenix Repair Group 17, MTV 3-ro, Danwon-gu Ansan-si Gyeonggi-do Korea** | | **Supplier** | | | | **$206,187.24** |
| **Cavalry Logistics International PO Box 714987 Cincinnati, OH 45271-4987** | | **Insurance Freight** | **Disputed** | | | **$645,395.85** |
| **Chuzhou Hanshang Electrical APF No. 555 Changjiang Road Chuzhou Econom Chuzhou, China** | | **Supplier** | | | | **$1,182,487.08** |
| **CNA Insurance PO Box 74007619 Chicago, IL 60674-7619** | | **Insurance** | | | | **$161,234.80** |

| Debtor | **MVP Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delmar International 10636 Cote de Liesse Montreal, Canada H8T 1A5** | | **Custom Brokers** | | | | $54,985.32 |
| **Global Tranz Enterprise, LLC PO Box 203285 Dallas, TX 75320-3285** | | **Freight Transportation** | | | | $337,324.39 |
| **Hanzo Express LLC 450 Airtech Parkway Plainfield, IN 46168** | | **Warehouse** | | | | $95,895.16 |
| **Hanzo Logistics Inc. 450 Airtech Parkway Plainfield, IN 46168** | | **Warehouse** | | | | $311,188.75 |
| **Hecny Transportation Inc. - JFK 141-07 20th Avenue, Suite 302 Whitestone, NY 11357** | | **Freight Transportation** | | | | $190,748.94 |
| **Hsiao Lin Machine Co, Ltd. No. 68, Alley 53, Lane 960 Feng Chou Rod., Seng Kang Hsian Taichung Hsien Taiwan** | | **Supplier** | | | | $344,092.10 |
| **Hudson Logistics Services, Inc. 5800 Rue Kieran Saint-Laurent, Canada H4S 2B5** | | **Freight Transportation** | **Disputed** | | | $136,073.21 |
| **Hydracooling, LDA Parque Industrial de Guimares 1A Fase-Pavilhao G15 Guimaraes, Portugal 4805-661** | | **Supplier** | | | | $203,779.85 |
| **Loyalty Logistics LLC PO Box 1417 Addison, IL 60101** | | **Freight Transportation** | | | | $97,105.16 |

Debtor  **MVP Group, LLC**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LRF3 MIA 56th Street, LLC 13218 Broward Boulevard Fort Lauderdale, FL 33325** | | **Rent** | | | | **$73,044.00** |
| **Oztiryakiler Metal Goods Cumhuriyet Mah., Eski Hadimkoy yolu, No. Istanbul, Turkey** | | **Supplier** | **Disputed** | | | **$73,122.67** |
| **Shandong Baikai Commercial Kitchens No. 108, Wan Shi da Road, Xingfu To Boxing County Binzhou City, China 256500** | | **Supplier** | | | | **$1,210,581.46** |
| **Speedway Speedway Drive Enon, OH 45323** | | **Claim Rejected Goods** | | | | **$121,500.00** |

# United States Bankruptcy Court
## Southern District of Florida

In re  **MVP Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Manon Bromberg**<br>**3560 NW 56th Street**<br>**Fort Lauderdale, FL 33309** | **Membership** | **1%** | |
| **Michael Bromberg**<br>**3560 NW 56th Street**<br>**Fort Lauderdale, FL 33309** | **Membership** | **99%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 29, 2025**

Signature  **/s/ Michael Bromberg**

**Michael Bromberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **MVP Group, LLC** _____   Case No. _____
                                    Debtor(s)                Chapter      **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 29, 2025** _____        **/s/ Michael Bromberg** _____
                                                        **Michael Bromberg/Manager**
                                                        Signer/Title

1-2-3 East NC
PO Box 821379
Philadelphia, PA 19182-1379


34 Grados Fahrenheit
9 Sector Flor Sanchez
Bayamon, PR 00956


3Wire Los Angeles
1410 Kona Drive
Compton, CA 90220


A Sea Solutions LLC
6340 NW 199 Lane
Hialeah, FL 33015


A&D Microwave Ovens Service Co.
70 East 2nd Street, 1st Floor
Mineola, NY 11501


A-1 Restaurant Equipment Service
7373, South 6th Street
Oak Creek, WI 53154


A-1 Services
7373 South 6th Street
Oak Creek, WI 53154


A-Bear Refrigeration, Inc
288 Plantation Hill Road
Gulf Breeze, FL 32561


A1 Project Corporation
2454 E 15th St
Brooklyn, NY 11235


AAA Heating
1737 Sherman Avenue
Panama City, FL 32405


ABBA Equipment Inc
1928 Tigertail Blvd Bldg 12
Dania, FL 33004

Ace Coolers Inc.
7852 Raytheon Road
San Diego, CA 92111


Ace Service Company Inc.
330 Reservoir Street
Needham Heights, MA 02494


Acme Pacific Repairs, Inc.
135 Lindbergh Ave Ste D
Livermore, CA 94551


Action Commercial Repair, LLC
1336 Main Street
Buffalo, NY 14209


Adler S.P.A.
Sede: 24060 Costa di Mezzate
Bergamo, Italy


Ads Facilities
24225 W 9 Mile Rd Ste 140 #283
Southfield, MI 48033


Advance Network Support, Inc
6503 SW 162nd Path
Miami, FL 33193


Advanced Commerical Services
PO Box 2909
Seabrook, NH 03874


Advanced Equip. Sales
88 Pond St.
Sharon, MA 02067


Advanced Parts & Services, Inc.
1800 Parkes Drive
Broadview, IL 60155


Agape Vending Repair
17875 Pitache St
Hesperia, CA 92345

Air Adjusters, Inc
2520 Tara Lane
Brunswick, GA 31520


Air Conditioning & Refrigeration
16155 SW 117th Ave Suit #B23
Miami, FL 33177


Air-On Refrigeration
3445 Seminole Trail #276
Charlottesville, VA 22911


Airmasters
1330 N. Grand Ave West
Springfield, IL 62702


Airplus Refrigeration
23705 Vanowen Street #131
West Hills, CA 91307


AIS Commercial Parts & Service
310 King Court
Coraopolis, PA 15108


All-Pro Air
4201 Margalo Ave
Bakersfield, CA 93313


Allegheny Refrigeration Service
1228 Brighton Road
Pittsburgh, PA 15233


Alliance Mechanical Services
100 Frontier Way
Bensenville, IL 60106


Allpoints Foodservice Parts & Supplies
PO Box 74007307
Chicago, IL 60674-7307


Alltech Service Company
211 Moultrie Road
Albany, GA 31705

Alltemp Refrigeration
939 State Route 365
Remsen, NY 13438


Alpine Refrigeration Products LLC
801 Pike Street
Clarksburg, WV 26301-2241


Altrol Inc
2295 Van Horn Rd
Fairbanks, AK 99701


American Air Specialists of MS, Inc
PO Box 162
Hattiesburg, MS 39403


American Appliance Repair
200 Dryden Lane
Crescent City, CA 95531


Americold
80 Smith Street Suite 2
Farmingdale, NY 11735


Andersen Material Handling
30575 Andersen CT
Wixom, MI 48393


Andrew's Refrigeration Inc
5617 E. Hillery Dr.
Scottsdale, AZ 85254-2449


Angry Chef Kitchen Repair
10633 Rush St
South El Monte, CA 91733


Appliance Experts Florida
185 SR 436
#29
Casselberry, FL 32730


Appliance Repair Center Inc
1807 3rd Street North
Saint Cloud, MN 56303

Appliances Fix & Care
3325 Bayshore Blvd
Unit E34
Tampa, FL 33629


Ari Services
1195 Roberts St.
Ormond Beach, FL 32174


Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079


Armstrong Transport Group
PO Box 735227
Dallas, TX 75373-5227


Arrival Air & Sea Transport
5375 Rue Pare
Suite 140
Montreal, Canada H4P 1P7


Arrow Ice
607 Nebraska
South Houston, TX 77587


Artech
P.O. Box 1110
Laramie, WY 82073


Artic - Temp, Inc.
9699 Overseas HWY
Marathon, FL 33050


Aspen Refrigeration
11764 Westline Industrial Drive
Saint Louis, MO 63146


Athens Commercial Kitchen Service
855-C Conklin Street
Farmingdale, NY 11735


Atlantic Kitchen Repair, LLC
1013 Bally Bunion Ln.
Burgaw, NC 28425

Atlantic Refrigeration Company, I
529-33 E Thompson Street
PO Box 3656
Philadelphia, PA 19125


Austin Air & Ice LLC
PO Box 2374
Leander, TX 78646


Austin Financial Services
11150 Santa Monica Blvd.
Suite 750
Los Angeles, CA 90025-9823


Authorized Appliance Servicenter
74 River Street
Rutland, VT 05701


Autoquotes
8800 Baymeadows Way West
Jacksonville, FL 32256


Axxon Services, Inc.
352 Spencer Lane
San Antonio, TX 78201


B&B Cool Air Inc
1511 Gretchen Avenue S
Lehigh Acres, FL 33973


Bailey Mechanical Services, Inc.
8 Mereline Av
#2
East Longmeadow, MA 01028


Bak-Re-Pair
6383 Nancy Ridge Drive
Suite 101
San Diego, CA 92121-2247


Bay Area Heating Cooling & Refrigeration
3300 Lima Sandusky Rd
Sandusky, OH 44870

BCI Mechanical, LLC
4003 Lee St
Alexandria, LA 71302


Beatrice Mechanical Service Inc
2403 Centennial Drive
PO Box 6
Beatrice, NE 68310


Benedict Refrigeration Service In
1003 Harlem Street
Altoona, WI 54720


Best Pro Appliance Repair LLC
4133 South Lewiston Circle
Aurora, CO 80013


Bestech
8544 Circle Drive
Norfolk, VA 23503


Bluenix Repair Group
17, MTV 3-ro, Danwon-gu
Ansan-si
Gyeonggi-do
Korea


Blum Repair Group
51 Beaumont St, side entrance
Brooklyn, NY 11235


Boise Appliance & Refrigeration
7539 W. Mossy Cup St
Boise, ID 83709


Borsos Heating & Cooling LLC
237 Walnut Street
Wauseon, OH 43567


Brendan Mcgee
101 Rowayton Ave
Norwalk, CT 06853

BTU Systems, LLC
29 Sunnyside Ave
Stamford, CT 06902


Burkett Restaurant Equipment & Services
28740 Glenwood Road
Perrysburg, OH 43551


Burneys Commerical Service
4480 Aldebaran Avenue
Las Vegas, NV 89103-1127


Byassee Equipment CO.
1939 E. Washington
Phoenix, AZ 85034


C2C Resources, LLC
1455 Lincoln Pkwy E, Suite 550
Atlanta, GA 30346


Cal-Coast Refrigeration Inc.
2363 Thompson Way #D
Santa Maria, CA 93455


Carlos Naveda
2625 NE 14th Ave #101
Fort Lauderdale, FL 33334


Carroll Foodservice Repairs
1633 Dividend Loop
Myrtle Beach, SC 29577


Casco Food Equip Service, Inc
8025 South Willow Street
Manchester, NH 03103


Cavalry Logistics International
PO Box 714987
Cincinnati, OH 45271-4987


Central Valley Refrigeration Inc.
P.O. Box 1567
1145 E. Batavia Ct.
Tulare, CA 93275

Certified Appliance & Construction
2075 Highway 36 E
Apt 317
Saint Paul, MN 55109


CFESA
3605 Centre Circle
Fort Mill, SC 29715


CFR IL03 Division
PO Box 778968
Chicago, IL 60677-8968


Chaddock Refrigeration Heating
P.O. Box 47186
Jacksonville, FL 32247


Chambliss Bahner & Stophel PC
Liberty Tower 605 Chestnut Street
Chattanooga, TN 37450


Channel Partners Group / XYZ Group
3414 S. Burdick St
Kalamazoo, MI 49001


China Town Buffet
3300 Andrews Hwy
Odessa, TX 79762


Chuzhou Hanshang Electrical APF
No. 555 Changjiang Road
Chuzhou Econom
Chuzhou, China


CJR Services LLC
9 Bernath Street
Carteret, NJ 07008


Clark Service Group
3019 Hempland Road
Lancaster, PA 17601


CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619

Coastline Cooling LLC
7697 SW Ellipse Way
Stuart, FL 34997


Cold Temp Refrigeration
611 Laurel Ridge
Woodstock, GA 30188


Coldstat Refrigeration
P.O. Box 246
Paramus, NJ 07653


Colged-Eurotec Group
Via Prov. Romana 6/7
55010 Badia Pozzeveri
Lucca, Italy


Commercial Equipment Services, Inc
4453 Grandview Avenue
Hamburg, NY 14075


Commercial Gas Appliance Service
3620 Fairmont Ave
San Diego, CA 92105


Commercial Kitchen Parts & Service
PO Box 831128
San Antonio, TX 78283


Commercial Kitchen Resource
PO Box 2192
Augusta, GA 30903


Commercial Kitchen Services, Inc.
808 Hanley Industrial Ct.
Saint Louis, MO 63144


Commercial Parts and Service
10671 Techwood Circle
Cincinnati, OH 45242


Commercial Service Innovation, Inc
8825 NE 78th Ave.
Bondurant, IA 50035

Commercial Services
54 GM Access Road
STE E
Martinsburg, WV 25403


Commerical CSI Services, Inc
18330 Edison Avenue
Chesterfield, MO 63005


Complete Refrigeration
P.O. Box 153
Newfoundland, NJ 07435


Complete Refrigeration LLC
9970 Old Airport Hwy
Monclova, OH 43542


Controlled Aire, LLC
1123 Gillan Road
Moberly, MO 65270


Cooking Equipment Specialist
3100 East Meadows Blvd.
Mesquite, TX 75150


Cool Alternatives Inc.
3700 Ellis Road
Fort Myers, FL 33905


Cool Rite Refrigeration Inc.
P.O. Box 475850
San Francisco, CA 94147


Cool Temp Inc
10165 SW Commerce Circle
Ste C
Wilsonville, OR 97070


Coolin Pros
9522 63rd Rd #216
Rego Park, NY 11374


Cooling Equipment Specialist, LLC
9200 Montana Street
Joshua, TX 76058

Cox Brothers Food Equipment
PO Box 996
Rolla, MO 65402


CR Mechanical Inc
226 N Traub Ave
Indianapolis, IN 46222


Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579


CSS
2111 Emmorton Park Rd. Suite 5
Edgewood, MD 21040


Culinary Equipment Repairs
925 Smithfield Road
Providence, RI 02904


D & A Refrigeration Inc
P.O. Box 1075
Bronx, NY 10469


D & D Mechanical Inc
6600 NE 78th Court
Suite B2
PO Box 55395
Portland, OR 97218


D & P Contractors
1150 Clement Rd.
Paris, TX 75460


D. Blake Electric & Refrigeration, Inc.
685 Red Rock Road
Saint George, UT 84770


D.L. Walker Inc.
2808 S Kellybrook Lane
Lansing, MI 48910


Dallas County Tax Office
P.O. Box 139066
Dallas, TX 75313-9066

Dan Cone Group
2408 40th Avenue
Moline, IL 61265


Dart Refrigeration
3631A Chamblee Tucker Rd
Box 204
Atlanta, GA 30341


Dave (The Wiz) Muller
227 B. Service Rd.
Effort, PA 18330


Dave's Refrigeration Service
17820 Luna Ct
Riverside, CA 92504


Delmar International
10636 Cote de Liesse
Montreal, Canada H8T 1A5


Dennis Constant
93 Cherry Tree Lane
New Bedford, MA 02740-1828


DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693


Diversified Technical Services Inc
10619 S Gramercy PL
Los Angeles, CA 90047


Dominic's Refrigeration Inc
1678 East Main Road Unit 17
Portsmouth, RI 02871-2437


Don's HVAC, LLC
7 Howard St Blackstone
Blackstone, MA 01504


Duke's Equipment Service, Inc.
7100 North Loop East, STE A-17
Houston, TX 77028

E.T.R.S.
108 Cherrywood Lane
Bristol, TN 37620


East Bay Refrigeration, Inc.
25149 Pleasant Way
Hayward, CA 94544


East Coast Maintenance, LLC
2017 Corporate Dr. Suite 105
Wilmington, NC 28405


Eastern Equipment Service Company
1935 Healy Drive
Winston Salem, NC 27103


Ed's Appliance Rescue Service
2561 Mckinney St
Burlington, NC 27217


Ed's Refrigeration-Heating
PO Box 1064
Roseville, CA 95678


Electrical Appliance Repair SVS
5805 Valley Belt Road
Independence, OH 44131


Elite Kitchen Services
514 State St NW
Oxford, IA 52322


Elmer Shultz Services, Inc.
540 North Third Street
Philadelphia, PA 19123


Empacadora Tapatio
4685 District Blvd.
Los Angeles, CA 90058


EMS Detergent Services CO
2865 Stoner CT
North Liberty, IA 52317

Escobar B.R. LLC
5 Oak St. Clifton
Clifton, NJ 07014


ESI IL01 Division
PO Box 778968
Chicago, IL 60677-8968


Everything In One LLC
1821 10th Street
Saint Cloud, FL 34769


Expert Repair of South Florida
PO Box 26311
Suite 154
Fort Lauderdale, FL 33320-6311


Facilities Maintenance Solutions
PO Box 1622
Media, PA 19063


Fastcility
590 W. Central Avenue
Suite H
Brea, CA 92821


FedEx / Wholesale Collections % SRG
PO Box 63247
North Charleston, SC 29419


Fix Appliance Services
10411 Motor City Dr #750
Bethesda, MD 20817


Fixable LLC
9 Passaic Av
Roseland, NJ 07068


Florida Mastertemp
3475 US-1, 1
Cocoa, FL 32926

Food Handling Equipment
PO Box 3063
5703 NW 2nd Avenue
Des Moines, IA 50316-0063


Foodservice Refrigeration Inc.
3113 NW 25th Avenue
Pompano Beach, FL 33069


Franco & Sons Equipment Care Inc
365 Willet St
Haines City, FL 33844


FWD Freight, LLC
1835 E Hallandale Beach Blvd #445
Hallandale, FL 33009


G & G Commercial Systems Inc
10 Bedford Park Unit 5
Bridgewater, MA 02324


Gary's East Coast Service, Inc
91 Willenbrock Rd, STE B1 Box 5
Oxford, CT 06478


Georgia Air & Refrigeration
P.O. Box 96613
Charlotte, NC 28296-0613


GJR LLC
2532 E Smiderle Loop
Ontario, CA 91764


GK Mechanical Inc
921-8 Lincoln Ave
Holbrook, NY 11741


Global Equipment Sales & Service
3801 State Road 60 E
Suite A
Dover, FL 33527


Global Logistics Providers
6501 Red Hook Plaza, Ste 201-363
St Thomas, VI 00802

Global Tranz Enterprise, LLC
PO Box 203285
Dallas, TX 75320-3285

Golden State Equipment Repair
P.O. Box 728
Roseville, CA 95661

Goodwin Tucker Group
PO Box 3285
Des Moines, IA 50316

GPE 1, Inc DBA USA Equipment
3009-A Bankers Ind Dr
Atlanta, GA 30360

GPE One GA, Inc
5805 Peachtree Corners East. Ste B
Norcross, GA 30092

Grand Traverse Refrigeration Inc
1203 Stepke Ct
Traverse City, MI 49685

Great Lakes / Southtown
140 N Mitchell Ct Ste 100
Addison, IL 60101

Greater Omaha Refrigeration
3313 N 88th Plaza
Omaha, NE 68134

Guangdong Sansheng Appliances
No. 22 Xinhui Road, Wushu, Shunde
Foshan Cit, China

Hagar Restaurant Service, Inc
6200 NW 2nd Street
Oklahoma City, OK 73127-6520

Hanzo Express LLC
450 Airtech Parkway
Plainfield, IN 46168

Hanzo Logistics Inc.
450 Airtech Parkway
Plainfield, IN 46168


Harris Warren Commercial Kitchen
583 Forest Rd Unit F
West Yarmouth, MA 02673


Havoc LLC
2212 County Hwy 196
Wiley, CO 81092


HEA Heating and Cooling
805 Maxwell PI
Bel Air, MD 21014


Hecny Transportation Inc. - JFK
141-07 20th Avenue, Suite 302
Whitestone, NY 11357


Hello Refrigeration
1609 208th St SE
Bothell, WA 98012


Higgins Appliance Repair & Handyman
2 Vale PI
Capitol Heights, MD 20743


Highlands Air Conditioning
341 E Main St
Abingdon, VA 24210


Hilltop Refrigeration Inc
1215 Kleppe Lane #1
Sparks, NV 89431


HiTek Mechanical, LLC
P.O. Box 434
South Elgin, IL 60177


Horizon Buying Group
1110 Pine Ridge Road, #301
Naples, FL 34108

Hsiao Lin Machine Co, Ltd.
No. 68, Alley 53, Lane 960
Feng Chou Rod., Seng Kang Hsian
Taichung Hsien
Taiwan


Hudson Logistics Services, Inc.
5800 Rue Kieran
Saint-Laurent, Canada H4S 2B5


Hydes Appliance and Heating
33 Quarry Lane
North Conway, NH 03860


Hydracooling, LDA
Parque Industrial de Guimares
1A Fase-Pavilhao G15
Guimaraes, Portugal 4805-661


IBTBM, Inc
10783 Cosby Manor Road
Utica, NY 13502


ICE Cold LLC
2633 Mckinney Ave
Suite 130 #218
Dallas, TX 75204


iComplete Services, Inc
PO Box 71424
Newnan, GA 30271


IFIX Appliances
24350 Sterling Ranch Road
Canoga Park, CA 91304


Ilsa-Desco
Via Ferrovia, 31 - Zona Industriale
31020 Castello Roganzuolo di San
Italy


Infinite Mechanical LLC
P.O. Box 2046
Horsham, PA 19044

Infinity Air Conditioning LLC
4981 S. Irwindale Ave Suite 200
Baldwin Park, CA 91706


Instant Cooling
512 SW 72nd Ter
Pompano Beach, FL 33068


Intermountain Temperature Solutions
PO Box 1054
Riverton, UT 84065


Interstate Food Equipment Service
43 Sharon St
Malden, MA 02148


Iskander Services Inc
1 Thompson Drive
Leonardo, NJ 07737


IT Tech Group USA
20003 Nw 78th Pl
Hialeah, FL 33015


J & J Commercial Services
PO Box 1697
Whitehouse, TX 75791


J.E.S. Equipment Sales & Service
PO Box 902
Abbeville, SC 29620


Jarvis Food Equipment
2195 Commercial Court
Evansville, IN 47720


Jay-Hill Repairs
90 Clinton Road
Fairfield, NJ 07004


JC Refrigeration
25030 Avenue Stanford, Suite 90
Valencia, CA 91355

Joe Harding Sales and Service
515 North Rangeline Road
Joplin, MO 64801


JRF Delivery Inc
5851 SW 144 Circle PL
Miami, FL 33183


Kader Refrigeration
2833 E Kawkawlin River Drive
Kawkawlin, MI 48631


Kaufman Rossin & CO
3310 Mary Street, Suite 501
Miami, FL 33133


KC Refrigeration, Inc.
12505 Crenshaw Blvd.
Hawthorne, CA 90250


Kettman Heating & Plumbing, Inc.
PO Box 223
107 E. Harrison Court
Granville, IL 61326


Keyes Refrigeration Inc
5075 Clay Ave SW
Grand Rapids, MI 49548


Kool Technologies Inc
714 Bonded Parkway
Streamwood, IL 60107


Koonse Food Equipment
5510 Brownsville Road
Pittsburgh, PA 15236


Lake Food Equipment Repair Inc
5847 SW 21st
Hollywood, FL 33023


Lamonica's
6211 South 380 West
Salt Lake City, UT 84107

Lance Restaurant Supply
710 Hwy 17S STE D1
North Myrtle Beach, SC 29582


Land Rover Financial Group
PO Box 78058
Phoenix, AZ 85062-8058


LaShea LLC
9808 Walkers Glen Drive NW
Concord, NC 28027


LC Appliance Service
99A Taunton Ave
East Providence, RI 02914


Le Groupe Informatique JCE Inc.
225 Boul. de la Concorde Est
Laval, Canada H7G 2C9


Lee's Foodservices Parts & Repair
230 W. Laura Dr.
Addison, IL 60101


Lewis Heating & Cooling, LLC
3845 N Southwood Dr
Oconomowoc, WI 53066


Libertas Funding, LLC
411 West Putnam Avenue
Suite 220
Taftville, CT 06380


Logy Global LLC
PO Box 2854
Ponte Vedra Beach, FL 32004


Loyalty Logistics LLC
PO Box 1417
Addison, IL 60101


LRF3 MIA 56th Street, LLC
13218 Broward Boulevard
Fort Lauderdale, FL 33325

M2 Foodservice Representatives
345 Knowles Ave. Suite 5
Southampton, PA 18966

Magic Touch Repair Inc
2222 Foothill Blvd #110
La Canada Flintridge, CA 91011

Magic Valley Appliance & Repair
1816 Eldridge Ave
Twin Falls, ID 83301

Main Commercial Refrigeration Service
16705 Scheer Blvd
Hudson, FL 34667

Maltese & Co Refrigeration Service
950 NW 11th Ave
Fort Lauderdale, FL 33311

Mammoth Air Company
2932 South Palmgrove Ave
Los Angeles, CA 90016

Marshall Food Equipment Service
200 Broad Street
Providence, RI 02903

MBN Service Company
3900 Crown Rd Unit 162662
Atlanta, GA 30321

McCormick Service
PO Box 847
Urbana, IL 61803

Metroplex Refrigeration
5224 Kal Tenbrun Rd
Fort Worth, TX 76119

MH Hood Mechanical Services LLC
49501 E Cherryville Drive
Sandy, OR 97055

Michael's Refrigeration
3956 Town Center Blvd #151
Orlando, FL 32837

Microliance LLC
106 N River Dr E
Jupiter, FL 33458

Midwest Food Equipment Service
3055 Dixie Ave
Grandville, MI 49418

Midwest Restaurant Supply
2705W Hwy30
Grand Island, NE 68803

Mike's Installation Services LLC
4515 SE 8th St.
Ocala, FL 34471

Mile End Logistics
6830 Ave Du Parc Suite 400
Montreal, Canada H3N 1W7

MNP LLP
1155, Boulevard Rene-Levesque Quest, 23e
Montreal, Canada H3B 2K2

Mothership Technologies Inc
PO Box 515381 PMB 48766
Los Angeles, CA 90051

Mountain Restaurant Repair
6 Scudder Road
Livingston Manor, NY 12758

Mountaineer Mechanical, LLC
2504 Murdoch Ave
Parkersburg, WV 26104

Mr. Appliance of Central New Jersey
5 John Street
Monroe Township, NJ 08831

Nacora Insurance Brokers Inc.
10 Exchange Place
19th Floor
Jersey City, NJ 07302


National Food Equip Services LLC
P.O. Box 26405
Raleigh, NC 27611-6405


New Age Industries Inc
PO Box 823949
Philadelphia, PA 19182-3949


NH Restaurant Equipment Sales
783 Second St
Manchester, NH 03102


Ningbo Rotor Electrical Appliances
West Zone, Industrial Park
Guanhaiwei
Ningbo, China 315315


Nomar Services Inc
18459 Pines Blvd Suite 238
Hollywood, FL 33029


Northsound Refrigeration
PO Box 29116
Bellingham, WA 98228


NTPS
306 Exchange Blvd, STE-400-17
Bethlehem, GA 30620


NYC Department of Finance
P.O. Box 3646
New York, NY 10008-3646


Office Systems International
P.O. Box 52-1032
Miami, FL 33152-1032


Omni Refrigeration
2801 Breckenridge Ind. Ct
Saint Louis, MO 63144

Onpoint Commercial Services
5060 Ritter Road, Suite B1
Mechanicsburg, PA 17055


Osborne Refrigeration, Inc.
1576 Peyton Creek Road
Pikeville, KY 41501


Otis Refrigeration Service Inc.
4224 Airport Road
Cincinnati, OH 45226


Over The Limit Appliances
7150 Liberty Street
Hollywood, FL 33024


Oztiryakiler Metal Goods
Cumhuriyet Mah., Eski Hadimkoy yolu, No.
Istanbul, Turkey


Pacific Kitchen Equipment Service
1648 No. Cherokee Ave.
Los Angeles, CA 90028


Pacific Pro Services Inc
5111 SE 120th Ave
Portland, OR 97266


Paducah Heating 7 Air Conditioning
P.O. Box 2908
Paducah, KY 42002


Parts Town
1200 Greenbriar Dr.
Addison, IL 60101


Parts Xpress
PO Box 615
Lexington, SC 29071


Patterson Commercial Appliance
8907 Coan LN
Orangevale, CA 95662

Peac Solutions
PO Box 13604
Philadelphia, PA 19101-3604


PGM Service
PO Box 263474
Tampa, FL 33685


PHMG
401 North Michigan Avenue
Suite 2550
Chicago, IL 60611


Pine Tree Food Equipment, Inc
175 Lewiston Road
Gray, ME 04039


Polar Service CO, Inc.
307 W Market Street
Salinas, CA 93901


Precision Food Equipment
15615 E. Appleby Road
Gilbert, AZ 85298


Premier Service Group
11030 Arrow Route
STE 105
Rancho Cucamonga, CA 91730


Pride Commercial Appliance Service
1465 Jefferson Rd
Rochester, NY 14623


Priority U Inc.
11551 Kaw Drive
Kansas City, KS 66111


Pro Cool Technologies
1835 N 28th St
Phoenix, AZ 85008


Pro Tech Rest. Service, Inc.
P.O. Box 60232
Fort Myers, FL 33906-6232

Pro Works LLC
515 E Lemon St
Bartow, FL 33830


Professional Kitchen & Refrigeration
2470 Gabriel Ln
West Palm Beach, FL 33406


Protechs Restaurant & Commercial Service
25750 FM 429
Terrell, TX 75161


Ptondo LLC Food Trucks & Restaurant
1490 Turner Church Rd
McDonough, GA 30252


Quality Refrigeration & Heating
37351 CO. RD 248
Deer River, MN 56636


Quality Service and Installation LLC
209 Ina Marie Lane
Pelzer, SC 29669


R&R Food Equipment Maintenance
3359 Silica Rd STE C
Sylvania, OH 43560


R&R Refrigeration & A/C
1775 Monterey Hwy #66A
San Jose, CA 95112


R.S. Services
P.O. Box 1277
Roswell, GA 30077-1277


RAC Baldor Corp
4820 NW 177 St
Opa Locka, FL 33055


Ray Martin Mechanical
5126 F Street
Omaha, NE 68117-2806

Rayburg Appliance Service
PO Box 637
New Kensington, PA 15068

Raymond Leasing Corporation
PO Box 301590
Dallas, TX 75303-1590

Rays Refrigeration
700 N 2nd Street
Coldwater, OH 45828

Reed Appliance
2450 Louisiana STE 720
Houston, TX 77006

Refrigeration Appliance Inc
532 Wamba Ave
Toledo, OH 43607

Refrigeration Contractors, Inc.
P.O. Box 661
Gresham, OR 97030

Refrigeration Food Equipment, PA
402 Old Sevierville Hwy
Newport, TN 37821

Refrigeration Heroes Inc.
426 S. Buncombe Rd.
Greer, SC 29650

Refrigeration Mechanics Inc
19562 North Dixie Hwy
Bowling Green, OH 43402

Refrigeration Service Plus
1117 Rochester Road
Troy, MI 48083

Refrigeration Services Incorporated
PO Box 2883
Meridian, MS 39302-2883

Refrigeration Specialist Sales
309 Camer Dr. Unit 7
Bensalem, PA 19020


Reliable Refrigeration Plus, Inc.
280 Welton Street
Hamden, CT 06517


Repair 24
8532 Virginia Meadows Drive
Manassas, VA 20109


Restaurant Appliance Repair
3616 Far West Blvd, Ste 117, #640
Austin, TX 78731


Restaurant Equipment Repair
2208 E 39th Street N
Sioux Falls, SD 57104


Restaurant Equipment Services
3133 Penn Dixie Rd.
Nazareth, PA 18064


Restaurant Service Solutions, Inc
2348 S Redwood Rd
Salt Lake City, UT 84119


RH Air Conditioning
PO Box 580900
Modesto, CA 95358


Rice Equipment Service, Inc.
1350 E Chestnut Expwy
Springfield, MO 65802


Ritchey's Refrigeration
56 SE 25th Ln.
Lamar, MO 64759


RM Services & Sales Inc
1930 Castle Hayne Rd St 5
Wilmington, NC 28401

Ron Hammes Refrigeration, Inc.
2424 South Ave.
La Crosse, WI 54601


Rox Services
8333 SW Cirrus Dr
Beaverton, OR 97008


Royal Mechanic LLC
P.O. Box 95751
Schaumburg, IL 60195


RSI Restaurant Services Inc
PO Box 190205
Mobile, AL 36619


S & P Alliance, Inc.
P.O. Box 417
1145 E. Wyandot
Upper Sandusky, OH 43351


S&W Refrigeration, LLC
11516 Perpetual Dr
Odessa, FL 33556


Sam's Refrigeration Repair
6704 Lenclair Street
Alexandria, VA 22306


Samco Facilities Maintenance
11878 Brookfield St
Livonia, MI 48150


Samitc Commercial
36 Hemlock St
Paterson, NJ 07503


SC Appliance Repair LLC
3254 Holmestown Rd Unit B2
Myrtle Beach, SC 29588


Servco, LLC
701 Bagley Drive
Trussville, AL 35173

Service Port Refrigeration Co.
340-A Andrews Road
Feasterville Trevose, PA 19053


SGY Services Inc
2423 E 23rd St
Brooklyn, NY 11235


Shandong Baikai Commercial Kitchens
No. 108, Wan Shi da Road, Xingfu To
Boxing County
Binzhou City, China 256500


Silver State Refrig & HVAC
4535 Copper Sage St
Las Vegas, NV 89115


Skips Restaurant Equipment
1604 Houston Hwy
Victoria, TX 77901


Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674-8980


Smithco West Palm Beach Inc
4420 Georgia Ave
West Palm Beach, FL 33405


Smitty's Vending Inc
706 SE Main St
Portland, OR 97214-3422


Soda Service & Alpine Refrigeration
261 Pascone Place
Newington, CT 06111


Solution Tek
174 Hamilton Ave
Clifton, NJ 07011


Southeastern Filtration
P.O. Box 1068
Canton, GA 30169

Specialty Refrigeration & Bakery
P.O. Box 4302
Wayne, NJ 07474


Speedway
Speedway Drive
Enon, OH 45323


SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782


Statewide Service Inc
417 1st Ave South
Nitro, WV 25143


Steve's Heating and Cooling
P.O. Box 3112
Coeur D Alene, ID 83816


Stiles Food Equipment Inc
451 Commercial Way
La Habra, CA 90631


Strata
7900 E. Union Ave. Suite 975
Denver, CO 80237


Strategic Equipment, LLC
PO Box 654374
Dallas, TX 75265-4374


Stuart Best
2756 Night Hawk Ct.
Longwood, FL 32779


Superb Supplies & Services
PO Box 2711
Burleson, TX 76097


Superior Kitchen Service Inc.
3 Ajootian Way D#10
Middleton, MA 01949

Superior Service, Corp
1006 E South St
Anaheim, CA 92805


Survoy's Superior Service, Inc.
5180 W, 164th Street
Brookpark, OH 44142


Tech 24 - Commercial Food svc Repair
P.O. Box 821360
Philadelphia, PA 19182-1360


Techmasters
2024 SW 6th St
Lincoln, NE 68522


Tek Express
25 Hutcheson Place
Lynbrook, NY 11563


TekExpress NJ02 Division
25 Hutcheson Pl
Lynbrook, NY 11563


Temco
550 Pearl Park
Pearl, MS 39208


Tennessee Department of Revenue
Andrew Jackson St. Office Bldg
500 Deaderick Street
Nashville, TN 37242


The Icee Company
PO Box 515723
Los Angeles, CA 90051-5203


The Original Air Doctor
17579 48th CT N
Loxahatchee, FL 33470


The Reel Deal
8000 Pine Island Road
Clermont, FL 34711

Thermal Tran Mechanical Inc
3420 Enterprise Drive
Wilmington, NC 28405


Tidewater Refrigeration LLC
PO Box 67
Dunkirk, MD 20754


Tommy Ryder Air Conditioning, LLC
P.O. Box 238111
Cocoa, FL 32923


Tonna Mechanical
1440 Industrail Dr NW
Rochester, MN 55901


TOP Repair Inc DBA Panther
14 Swallow Ave
Spring Valley, NY 10977


Total Mechanical Services
200 Collinsville Rd.
Troy, IL 62294


Total Mechanical Services Inc
420 Broadway Ave
Saint Paul Park, MN 55071


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


Town Center Inc
PO Box 2273
Brighton, MI 48116


Trademasters Inc
2444 Helena Street Suite B
Kenner, LA 70062


Travis
1919 Old Denton Road, Suite 100
Carrollton, TX 75006

Trimark USA
505 Collins Street
Attleboro, MA 02703


Triton Mechanical
35 Belmar Park
Rochester, NY 14624


TTM Services
16634 Oak Glen Meadows Lane
Houston, TX 77095


Turnpike Appliance Commack
6181 Jericho Turnpike
Commack, NY 11725


TWC Services, Inc.
PO Box 14496
Des Moines, IA 50306-3496


Twin City Mechanical Inc
2141 108th LN NE
Minneapolis, MN 55449


U.S. Customs and Border Protection
8899 E. 56th Street
Indianapolis, IN 46249


UL LLC
P.O. Box 7411300
Chicago, IL 60674-1300


United HVAC Services Inc
5865 SW 21st Street
Hollywood, FL 33023


United Refrigeration Service Inc
P.O. Box 23079
Columbus, OH 43223


United Refrigeration, Inc.
4600 NE 35th Street
Ocala, FL 34479

United Restaurant Supply, LLC
725 Clark Place
Colorado Springs, CO 80915

Universal Logistics Solutions
PO Box 714987
Cincinnati, OH 45271-4987

UPS
PO Box 809488
Chicago, IL 60680-9488

UST CA01 Northern California
PO Box 31001-4048
Pasadena, CA 91110-4048

UST CA02 Southern California
PO BOX 31001-4048
Pasadena, CA 91110-4048

UST TX01 South Texas-Houston
PO Box 31001-4048
Pasadena, CA 91110-4048

UST TX02 South Texas-Houston
PO Box 31001-4048
Pasadena, CA 91110-4048

Valley Commercial Service
627 North Wayne Avenue
Cincinnati, OH 45215

Valley Service
687 Lowell Street
Methuen, MA 01844

Value Service
86 Broadway
Freeport, NY 11520

Vegas Commercial Food Equipment
9447 s Leonard Ave
Selma, CA 93662

Versa Logistics Corp.
P.O. Box 350732
Palm Coast, FL 32135


Wagner Food Equipment Service
PO Box 7047
Roanoke, VA 24019


Weiss Instruments, LLC
200 Elizabeth Street
Mount Clemens, MI 48043


Wesco Air, Inc.
280 Merrow RD.
Auburn, ME 04210


West Coast Commercial Inc.
260 Rianda Street Suite D
Salinas, CA 93901


Westech Mechanical
1390 W. Quincy Ave
Englewood, CO 80110


Whaley Foodservice/Heritage - Gulf Coast
PO Box 615
Lexington, SC 29071


Williams Consulting LLC
8429 Lorraine Road Suite 216
Bradenton, FL 34202


Williamson Appliance Service
31947 Eagle Cave Road
Blue River, WI 53518


WM Corporate Services Inc
PO Box 4648
Carol Stream, IL 60197-4698


Woodcock Refrigeration Co. Inc
30 Kennedy Road, PO Box 1133
South Windsor, CT 06074

```
WOW Appliance Repair
7711 Nolton Way
Orlando, FL 32822


Yates Norris
700 Montgomery Hwy Suite 193
Birmingham, AL 35216


Yukon IL02 Division
PO Box 778968
Chicago, IL 60677-8968


Zoom Video Communications, Inc.
PO Box 888843
Los Angeles, CA 90088-8843
```